Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–13561–MEH
Chapter:  7
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tabatha Michelle Johnson
   12 Leicester Lane
   Ewing, NJ 08628

Social Security No.:
   xxx–xx–5211

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michael R Gilmore , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

12 Leicester Lane, Trenton, NJ

Dated: June 23, 2025
JAN: mrg

                              Jeanne Naughton
                              Clerk