Certificate Number: 06531-NJ-DE-039840119

Bankruptcy Case Number: 25-13561



06531-NJ-DE-039840119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2025, at 10:49 o'clock AM CDT, Tabatha Johnson completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 7, 2025

By: /s/Melissa Zahradnicek

Name: Melissa Zahradnicek

Title: Certified Credit Counselor