**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tabatha Michelle Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5211<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 25–13561–MEH | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tabatha Michelle Johnson

7/29/25                                              **By the court:**   Mark Edward Hall
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Tabatha Michelle Johnson  
    Debtor

Case No. 25-13561-MEH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 29, 2025      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tabatha Michelle Johnson, 12 Leicester Lane, Ewing, NJ 08628-2228 |
| 520611401 | + | Department of Labor and Workforce Development, PO Box 951, Trenton NJ 08625-0951 |
| 520611405 | + | Kevin Lowy, Landlord, 15 Bonnie Lane, Bordentown NJ 08505-2401 |
| 520611407 | + | LMV Funding Credit One Pressler Felt Warshaw, 7 Entin Road, Parsippany NJ 07054-5020 |
| 520611408 | + | LMV Funding First Access Pressler Felt Warshaw, 7 Entin Road, Parsippany NJ 07054-5020 |
| 520611413 | + | Mariner Finance, 1700 Nottingham Way, Trenton NJ 08619-3501 |
| 520611416 | | Schwartz Vays, 7255 Ne 4th Ave Unit 1102, Miami FL 331385374 |
| 520611417 | | Southwest Credit Systems LP, 4120 International Parkway 1100, Dallas TX 75262 |
| 520611419 | | Velocity Investments LLC Assignee of Webbank, co Ragan Ragan PC, 3100 State Route 138 Ste 1, Wall Township NJ 077199021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520613970 | | EDI: ATLASACQU | Jul 30 2025 00:42:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520611396 | + | EDI: ATTWIREBK.COM | Jul 30 2025 00:42:00 | ATT, Attn Bankruptcy Center, 2270 Lakeside Blvd 7th Floor, Richardson TX 75082-4304 |
| 520611395 | + | Email/Text: bankruptcy@acacceptance.com | Jul 29 2025 20:53:00 | American Credit Acceptance, 340 East Main Street Suite 400, Spartanburg SC 29302-1989 |
| 520611397 | + | EDI: BANKAMER2 | Jul 30 2025 00:42:00 | Bank of America, 100 N Tryon Street, Charlotte NC 28255-0001 |
| 520611398 | + | EDI: CAPONEAUTO.COM | Jul 30 2025 00:42:00 | Capital One Auto Finance, PO Box 260848, Plano TX 75026-0848 |
| 520629838 | + | EDI: AISACG.COM | Jul 30 2025 00:42:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520611399 | + | EDI: JPMORGANCHASE | Jul 30 2025 00:42:00 | Chase Bank, 270 Park Avenue, New York NY 10017-2070 |
| 520611400 | + | EDI: CCS.COM | Jul 30 2025 00:42:00 | Credit Collection Service, 725 Canton St, Norwood MA 02062-2679 |
| 520611402 | + | EDI: IRS.COM | Jul 30 2025 00:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 520611403 | | EDI: JEFFERSONCAP.COM | Jul 30 2025 00:42:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud MN 56303 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 520611404 | Email/Text: mail@jjenkinslawgroup.com | Jul 29 2025 20:52:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520611409 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 20:57:25 | LVNV Funding, PO Box 10584, Greenville SC 29603-0584 |
| 520611410 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 21:18:37 | LVNV Funding LLC, co Resurgent Capital Services, PO Box 1269, Greenville SC 29602-1269 |
| 520611406 | + EDI: CCS.COM | Jul 30 2025 00:42:00 | Liberty Mutual, co Credit Collection Services, PO Box 55126, Boston MA 02205-5126 |
| 520611411 | + Email/Text: camanagement@mtb.com | Jul 29 2025 20:53:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 520611412 | + Email/Text: bankruptcy@marinerfinance.com | Jul 29 2025 20:52:00 | Mariner Finance, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 520611414 | ^ MEBN | Jul 29 2025 20:46:28 | NCB Management Services, PO Box 1099, Langhorne PA 19047-6099 |
| 520611415 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 29 2025 20:52:00 | NJ EZPass, Atlantic City Expressway, PO Box 4971, Trenton NJ 08650 |
| 520611418 | EDI: TDBANKNORTH.COM | Jul 30 2025 00:42:00 | TD Bank, 1701 Marlton Pike 200, Cherry Hill NJ 08003 |
| 520611420 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 29 2025 20:56:35 | Wells Fargo Bank, 420 Montgomery Street, San Francisco CA 94163-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Tabatha Michelle Johnson mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,paralegal@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,paralegal@mchfirm.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 29, 2025 | Form ID: 318 | Total Noticed: 31 |

U.S. Trustee                   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5